[No. 25891-2-III.   Division Three.   June 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA ELBA SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-00618-3, F. James Gavin, J., entered February 1, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 25811-4-III.   Division Three.   June 26, 2008.]

*In the Matter of the Marriage of* JAMES C. JOHNSON, *Respondent*, and KRISTEN L. SHERWOOD-JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-3-02675-6, Michael P. Price, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 25937-4-III.   Division Three.   June 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREA LEIGH SLOCUM, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00764-1, Vic L. VanderSchoor, J., entered January 30, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 25982-0-III.   Division Three.   June 26, 2008.]

JAMES R. KEYES, *Individually and as Representative of a Class of Similarly Situated Persons, Appellant*, v. ERIN BLESSING, *Individually, as Representative of Her Marital Community, and as Representative of the City of Spokane*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-00094-8, Kathleen M. O'Connor, J., entered February 22, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.